tiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Clifford C. Bradbury* for petitioner. *Mr. Edmund B. Whitcomb* for respondent.

No. 379. FRAZIE *v.* ORLEANS DREDGING Co. November 6, 1939. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Messrs. William H. Watkins, C. F. Engle, S. B. Laub,* and *Jos. E. Brown* for petitioner. *Messrs. Gerald Brandon* and *Gerald H. Brandon* for respondent.

No. 381. RIECK *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. W. A. Seifert* and *W. W. Booth* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Joseph M. Jones,* and *Richard H. Demuth* for respondent.

No. 385. CITY OF LONG BEACH ET AL. *v.* METCALF, TRUSTEE. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Roland G. Swaffield* for petitioners. No appearance for respondent.

No. 387. VIDAL, RECEIVER, *v.* GARCIA, ATTORNEY GENERAL OF PUERTO RICO, ET AL. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Henri Brown* and

*Carroll G. Walter* for petitioner. *Messrs. William Cat-- tron Rigby* and *Nathan R. Margold* for respondents.

No. 389. LUCKENBACH STEAMSHIP Co. *v.* THE SYLVAN ARROW ET AL. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Herman J. Galloway* and *George R. Shields* for petitioner. *Messrs. Chauncey I. Clark* and *Paul Speer* for respondents.

No. 395. CARNEGIE-ILLINOIS STEEL CORP. *v.* BERGER, RECEIVER. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. H. E. Hackney* and *John C. Bane, Jr.,* for petitioner. *Mr. George H. McWherter* for respondent.

No. 398. LOUISVILLE & NASHVILLE RAILROAD Co. *v.* GRIZZARD, ADMINISTRATOR. November 6, 1939. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Messrs. R. E. Steiner, B. P. Crum,* and *Robert E. Steiner, Jr.,* for petitioner. *Messrs. Richard T. Rives* and *Walter J. Knabe* for respondent.

No. 401. ALVORD ET AL. *v.* TOWN OF BELLEAIR ET AL. November 6, 1939. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. O. K. Reaves* for petitioners. *Mr. Harry L. Thompson* for respondents.